KIERNAN, Respondent, v. EIDLITZ et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Kate Kiernan, as administratrix, against Otto M. Eidlitz and another. W. J. Moran, for appellants. J. M. Tuttle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KINDORF, Appellant, v. HOELLERER, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Frederick Kindorf against Philip Hoellerer. No opinion. Motion denied, with $10 costs. Order filed.

KLEIN et al., Respondents, v. MAIBRUNN, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Frank Klein and others against Henry Maibrunn, impleaded. N. W. Kerngood, for appellant. P. Klein, for respondents. No opinion. Order affirmed, with ;$10 costs and disbursements. Order filed.

KOBLENZER v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Morris Koblenzer against the New York City Railway Company. No opinion. Motion denied, with $10 costs. Order filed.

KOEN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Mary Koen, as administratrix, etc., against the city of New York. No opinion. Motion denied.

KOENIG v. WAGENER. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Marie Koenig against Augus, P. Wagener. No opinion. Motion denied on terms stated in order.

KOPLIN, Respondent, v. HOE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Martin Koplin against Robert Hoe and others. No opinion. Motion denied.

KURT, Respondent, v. LAKE SHORE & M. S. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Wilhelmina Kurt, as administratrix, etc., against the Lake Shore & Michigan Southern Railroad Company. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

LABER, Appellant, v. GOLDBERG, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Edward F. Laber against Isaac Goldberg. W. R. Mendell, for appellant. M. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re LA GRAVE. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) In the matter of the application of Sophie Marchais La Grave to examine Frank J. Herbert and others. No opinion. Motion granted.

LAKOSHOWSKY v. UTOPIA LAND CO. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Abraham Lakoshowsky against the Utopia Land Company. No opinion. Motion for stay granted on conditions stated in memorandum. Settle order on notice.

LAMPHEAR, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Nellie H. Lamphear, as administratrix, etc., against the New York Central & Hudson River Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. ROBSON, J., dissents.

LANTRY, Com'r, Respondent, v. HOFFMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Francis J. Lantry, commissioner, against Samuel V. Hoffman and others. P. R. Towne, for appellants. T. Connoly, for respondent. No opinion. Determination (55 Misc. Rep. 261, 105 N. Y. Supp. 353) affirmed, with costs, on opinion of court below. Order filed.

LANTRY v. HOFFMAN et al. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Francis J. Lantry against Samuel V. Hoffman and others. No opinion. Motion denied, with $10 costs. Order filed.

LAPETINA, Appellant, v. SANTANGELO, Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by R. Louis Lapetina against Raffaelo Santangelo. No opinion. Motion to amend order granted, in so far as it limits the time for the defendant to plead over to 20 days; in other respects, denied.

LECENT, Respondent, v. BOURCIER, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Josephine Lecent against John Bourcier, as administrator, etc., of Charles Bourcier. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEE, Respondent, v. REVOLVING AIRSHIP TOWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Arthur L. Lee, agent of the Steeplechase Company, who is the owner in fee and is the landlord, against the Revolving Airship Tower Company. No opinion. Motion for stay granted, provided the case be argued when reached upon the calendar; otherwise, motion denied.

LEHTONER, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court,